IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR311 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER TO FILE UNDER SEAL** |
| SIMON FRAZIER, | ) ) ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 27th day of March, 2007, on the Motion of the Defendant (Filing No. 46) for an order to seal his Brief in Support of Motion for Downward Departure or Variance from the Guideline Range (Filing No. 47).

The Court, being fully advised in the premises, finds that the Motion (Filing No. 46) should be granted.

IT IS THEREFORE ORDERED that the document (Filing No. 47) named in Defendant's Motion to File Under Seal shall be filed under seal, except that the plaintiff shall be provided copies of the document. The defendant has already filed the subject brief under seal and the brief need not be refiled.

DATED this 27th day of March, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
HON. JOSEPH F. BATAILLON, Chief Judge
United States District Court